1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7                                              )    3:07-CV-01961
                                               )
    IN RE: BEXTRA AND CELEBREX                  )
8   MARKETING SALES PRACTICES AND               )    MDL NO. 1699
    PRODUCT LIABILITY LITIGATION                )    District Judge: Charles R. Breyer
9                                              )
                                               )
10  William Lee, et al,                         )
                                               )
11                             Plaintiff(s),    )    STIPULATION AND ORDER OF
                                               )    DISMISSAL WITH PREJUDICE
12                   vs.                        )
                                               )
13  Pfizer Inc, et al.                          )
                               Defendants.      )
14                                             )
                                               )
15                                             )
                                               )
16

17            Come now the Plaintiff(s), **William Lee and Paulette Lee** and Defendants, by and

18  through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

19  hereby stipulate to the dismissal of this action with prejudice with each side bearing its own

20  attorneys' fees and costs.

21

22

23

24

25

26

27

1

2  DATED:   Jan. 6, 2010        By: _____

3                                    Hissey Kientz, L.L.P.
                                     Eric Walker, Esq.
4                                    David L. Friend, Esq.
                                     9442 Capital of Texas Hwy N., Suite 400
5                                    Austin, TX 78759
                                     Telephone:  (512) 320-9100
6                                    Facsimile:  (512) 320-9101
                                     Attorneys for Plaintiff(s)
7

8  DATED:   Jan. 6, 2010        By: _____
9
                                     DLA PIPER LLP (US)
10                                   1251 Avenue of the Americas
                                     New York, NY 10020
11                                   Telephone:  (212) 335-4500
                                     Facsimile:  (212) 335-4501
12                                   *Defendants' Liaison Counsel*

13

14

15

16  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**

17

18  Dated: JAN 1 9 2010 _____

19                                   Hon. Charles R. Breyer
                                     United States District Court

20

21

22

23

24

25

26

27

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42463776.1