1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5
6
7                                                    ) 3:07-CV-01961
                                                     )
8  IN RE: BEXTRA AND CELEBREX                        ) MDL NO. 1699
   MARKETING SALES PRACTICES AND                     ) District Judge: Charles R. Breyer
9  PRODUCT LIABILITY LITIGATION                      )
                                                     )
10 William Lee, et al,                               )
                                                     )
11                          Plaintiff(s),            ) STIPULATION AND ORDER OF
                                                     ) DISMISSAL WITH PREJUDICE
12                   vs.                             )
                                                     )
13 Pfizer Inc, et al.                                )
                            Defendants.              )
14                                                   )
                                                     )
15                                                   )
                                                     )
16 _____                 )

17        Come now the Plaintiff(s), **William Lee and Paulette Lee** and Defendants, by and
18
   through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
19
   hereby stipulate to the dismissal of this action with prejudice with each side bearing its own
20
   attorneys' fees and costs.
21
22
23
24
25
26
27

EAST\42463776.1

1

2      DATED:   **Jan. 6, 2010**      By:

3                                          Hissey Kientz, L.L.P.
                                           Eric Walker, Esq.
4                                          David L. Friend, Esq.
                                           9442 Capital of Texas Hwy N., Suite 400
5                                          Austin, TX 78759
                                           Telephone: (512) 320-9100
6                                          Facsimile: (512) 320-9101
                                           Attorneys for Plaintiff(s)
7

8      DATED:   **Jan. 6, 2010**      By:

9
                                           DLA PIPER LLP (US)
10                                          1251 Avenue of the Americas
                                           New York, NY 10020
11                                          Telephone: (212) 335-4500
                                           Facsimile: (212) 335-4501
12                                          *Defendants' Liaison Counsel*

13

14

15

16     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
       IT IS SO ORDERED.**
17

18     Dated: JAN 1 9 2010

19                                          Hon. Charles R. Breyer
                                           United States District Court
20

21

22

23

24

25

26

27

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42463776.1